FILED

11/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0630

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 22-0630

JOHN BUTLER,

          Appellant and
   Plaintiff/Counter Defendant,

  -vs-

ELINOR SWANSON and DOES 1-20, inclusive,

          Appellee and
Defendant/Counter Plaintiff.

_____

ELINOR SWANSON,

          Third-Party Plaintiff,

  -vs-

JOSEPH FARZAM and JOSEPH FARZAM LAW FIRM, a Professional Corporation,

          Third-Party Defendants.

**ORDER GRANTING APPELLANT AND PLAINTIFF/COUNTER DEFENDANT JOHN BUTLER'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT BRIEF**

Pursuant to Appellant and Plaintiff/Counter Defendant John Butler's Motion for Extension of Time to file his opening Appellant Brief, and pursuant to Mont. R. App., P. 26(1), and noting that Appellee does not object, Appellant is granted a thirty-day (30) extension within which to file his Appellant brief. Appellant's Opening Brief shall be due January 13, 2023.

**DATED** this _____ day of _____, 2022.

By: _____

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 16 2022